MILLSTONE GRANITE COMPANY, Respondent, *v.* JAMES F. DOLAN, Appellant.

(Argued March 13, 1893; decided April 11, 1893.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made May 2, 1892, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee.

*L. E. Pendergast* for appellant.

*Frank Bergen* for respondent.

Agree to affirm ; no opinion.
All concur, except GRAY, J., not voting.
Judgment affirmed.